UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA
-oOo-

MICHAEL BRANNAN,                )
                                )
      Plaintiffs,                )        2:10-CV-01731-PMP-PAL
                                )
vs.                             )
                                )        **ORDER**
OCWEN LOAN SERVICING, LLC,      )
                                )
      Defendant,                )
                                )
_____)

      On October 13, 2010, Defendant filed a Notice of Motion to Dismiss Complaint and Expunge Lis Pendens (Doc. #5). On October 14, 2010, the Court entered an Order (Doc. #7) advising Plaintiff of his obligation to file a response to Defendant's Motion to Dismiss within 14 days. To date, Plaintiff has failed to do so and the time to file an Opposition has expired. Additionally, a review of Defendant's Motion to Dismiss and Expunge Lis Pendens (Doc. #5) shows that Defendant is entitled to the relief requested on the merits.

      **IT IS THEREFORE ORDERED that** Defendant Ocwen Loan Servicing, LLC's Notice of Motion to Dismiss Complaint and Expunge Lis Pendens (Doc. #5) is **GRANTED**, and Plaintiff Michael Brannan's Compliant is hereby **DISMISSED**.

DATED: November 1, 2010.

_____
PHILIP M. PRO
United States District Judge